# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Meghan Sanders.<br><br>　　Plaintiff,<br><br>v.<br><br>United Collection Bureau, Inc.<br><br>　　Defendant. | CASE NO.:  08-cv-01850<br><br>JUDGE: Jack Zouhary<br><br><br>**STIPULATION OF DISMISSAL<br>　WITH PREJUDICE** |

　　Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a)(1)(A)(ii), with prejudice.


RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Legal Helpers, P.C. | Surdyk, Dowd & Turner |
| By: s/ with consent of Jeffrey S. Hyslip<br>Jeffrey S. Hyslip<br>Attorney for Plaintiff<br>The Sears Tower<br>Suite 5150<br>Chicago, IL 60606<br>Telephone: 1.866.339.1156<br>Jsh@legalhelpers.com | By: s/ with consent of Jeffrey C. Turner<br>Ste. 700<br>1 Prestige Place<br>Miamisburg , OH 45342<br>Telephone: 937-222-2333<br>Email: jturner@sdtlawyers.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2008, a copy of the foregoing Stipulation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

s/ Jeffrey S. Hyslip